| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TIRATH KAUR, | ) | |
| | ) | No. C 08-0024VRW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PARTIES' JOINT REQUEST TO BE** |
| | ) | **EXEMPT FROM FORMAL ADR** |
| EMILIO T. GONZALEZ, Director, | ) | **PROCESS** |
| United States Citizenship and Immigration | ) | |
| Services, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendant to adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Parties' Joint Request to be Exempt from ADR
C08-0024 VRW                                                                1

1  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
2  ADR Multi-Option Program and that they be excused from participating in the ADR phone
3  conference and any further formal ADR process.

4  Dated: March 18, 2008  Respectfully submitted,

   JOSEPH P. RUSSONIELLO
   United States Attorney

                                        /s/
   ILA C. DEISS[1]
   Assistant United States Attorney
   Attorney for Defendant


11  Dated: March 18, 2008                           /s/
                                        JONATHAN M. KAUFMAN
12                                      Attorney for Plaintiff

### ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated:   April 4, 2008

_____
VAUGHN R. WALKER
United States District Judge

**GRANTED**
Judge Vaughn R Walker

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Parties' Joint Request to be Exempt from ADR
C08-0024 VRW                                            2