1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 TIRATH KAUR,                    )
                                   ) No. C 08-0024 VRW
13            Plaintiff,           )
                                   )
14       v.                        ) **STIPULATION TO DISMISS AND**
                                   ) [PROPOSED] **ORDER**
15 EMILIO T. GONZALEZ, Director,   )
   United States Citizenship and Immigration )
16 Services,                       )
                                   )
17            Defendant.           )
                                   )
18

19       Plaintiff, by and through her attorney of record, and Defendant by and through his attorney

20 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

21 of the adjudication of Plaintiff's adjustment of status application.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28
   Stipulation to Dismiss
   C08-0024 VRW                           1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: May 6, 2008                            Respectfully submitted,

3 |                                               JOSEPH P. RUSSONIELLO
                                                  United States Attorney

6 |                                                      /s/
                                                  ILA C. DEISS[1]
                                                  Assistant United States Attorney
7 |                                               Attorney for Defendant

9 | Dated: May 6, 2008                                   /s/
                                                  JONATHAN M. KAUFMAN
10|                                               Attorney for Plaintiff

12|                                **ORDER**

13|     Pursuant to stipulation, IT IS SO ORDERED.

15| Dated:  May 8, 2008
                                                  _____
16|                                               VAUGHN R. WALKER
                                                  United States District Judge

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C08-0024 VRW                                      2